# Court of Appeals
# of the State of Georgia

ATLANTA,  January 13, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0702. ANDERSON v. ANDERSON.**

Upon consideration of appellee's Motion to Transfer Case to the Georgia Supreme Court, the same is hereby GRANTED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*  01/13/2016
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*